ATTORNEYS AT LAW
919 CONGRESS AVENUE, SUITE 1250   AUSTIN, TEXAS  78701-2114

www.sedgwicklaw.com   512.481.8400  *phone*   512.481.8444  *fax*



*Lisa Magids*
*(512) 481-8479*
*lisa.magids@sedgwicklaw.com*

August 15, 2014

The Honorable Frances H. Stacy
United States Magistrate Judge
P.O. Box 61010
Houston, TX  77208

**ATTN:**  Beverly White, Case Manager

Re:  Civil Action No. 4:14-cv-01006; *Joseph Pecktal v. Hartford Life and Accident Insurance Company*; in the United States District Court for the Southern District of Texas, Houston Division
File No.: 02489-000259

Dear Judge Stacy:

I am counsel for Defendant Hartford Life and Accident Insurance Company.  The initial pretrial and scheduling conference is currently scheduled for 10:00 a.m. on August 26, 2014.  I am requesting permission to appear on behalf of Defendant via telephone.

I have contacted counsel for Plaintiff and he does not oppose my appearance by telephone.

Thank you for your consideration of this request.

Regards,

Lisa Magids
Sedgwick LLP


cc:  Courtesy Copy to Chambers via Facsimile
    Lennon C. Wright via Email
    Michael Bernstein via Email

19275930v1