IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOSEPH PECKTAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:14-cv-01006 |
| | § | |
| HARTFORD LIFE AND ACCIDENT | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## **DEFENDANT'S NOTICE OF DISCLOSURE**

Pursuant to Local Rule CV-26(c), Defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, by and through its attorneys of record, hereby notifies the Court that the disclosures required under Fed. R. Civ. P. 26(a)(1) and pursuant to the Order to Conduct Rule 26(f) Conference entered by the Court on April 15, 2014 have been served on counsel for Plaintiff on this 22nd day of August, 2014.

Respectfully submitted,

     /s/ *Lisa Magids*
Michael H. Bernstein
(appearing PRO HAC VICE)
\USDC S.D.N.Y No. MB-0579
SEDGWICK LLP
225 Liberty Street, 28th Floor
New York, New York 10281
Telephone:  (212) 422-0202
Facsimile:  (212) 422-0925

and

>Lisa Magids
>Texas State Bar No. 24002600
>USDC S.D.T.X No. 22023
>SEDGWICK LLP
>919 Congress Ave., Suite 1250
>Austin, Texas 78701
>Phone:  (512) 481-8479
>Facsimile:  (512) 481-8444
>
>**ATTORNEYS FOR DEFENDANT**
>**HARTFORD LIFE AND ACCIDENT**
>**INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that on August 22, 2014, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

>Lennon C. Wright
>924 E. 25th Street
>Houston, Texas  77009

>        /s/ *Lisa Magids*
>LISA MAGIDS