**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Joseph Pecktal | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | Civil Action 4:14–cv–01006 |
| | § | |
| Hartford Life and Accident Insurance Company | § | |
| *Defendant.* | § | |

## SCHEDULING ORDER

1. **MOTIONS FOR LEAVE TO AMEND PLEADINGS AND JOIN NEW PARTIES** will be filed by: — **November 3, 2014**
   Party requesting joinder will furnish copy of this Scheduling Order to new parties.

2. **EXPERT WITNESSES** for the **plaintiff** will be named and a report of the experts's opinion furnished by: — **December 5, 2014**

3. **EXPERT WITNESSES** for the **defendant** will be named and a report of the expert's opinion furnished by: — **January 5, 2015**

4. **DISCOVERY** must be completed by: — **February 2, 2015**
   Counsel may, by agreement, continue discovery beyond the deadline, but no continuance will be granted because of information acquired in post–deadline discovery.

5. **DISPOSITIVE MOTIONS** will be filed and served by: — **March 16, 2015**

6. **NON–DISPOSITIVE MOTIONS** will be filed by: — **March 16, 2015**

7. **JOINT PRETRIAL ORDER** will be filed by: — **May 11, 2015**
   Plaintiff is responsible for filing the Pretrial Order on time.

8. **DOCKET CALL** is set for 01:30 PM — **May 22, 2015**

9. **TRIAL** is set for the two weeks starting: — **May 25, 2015**

Signed at Houston, Texas on August 26, 2014.

_____
Melinda Harmon
United States District Judge