IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JOSEPH PECKTAL** | § § | |
| Plaintiff, | § § § | |
| VS. | § § § | CIVIL ACTION NO: 4:2014-CV-01006 |
| **HARTFORD LIFE AND ACCIDENT INSURANCE CO.** | § § § § | |
| Defendant | § | |

## ORDER

Be it remembered that on the 3rd day of ~~February~~ November 2014, came on to be heard the Plaintiff's Unopposed Motion for Leave to Amend the Complaint; and the Court, being of the opinion that the Motion was good and should be granted, it is accordingly

ORDERED that Plaintiff's Motion for Leave to Amend the Complaint is granted.

Signed on this the 3rd day of Nov, 2014.

_____
UNITED STATES DISTRICT JUDGE